```
 1                UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3

 4    THE HONORABLE VICTOR B. KENTON, U.S. MAGISTRATE JUDGE

 5                         PRESIDING

 6

 7

 8  THE UNITED STATES OF AMERICA,  )
                                   )
 9                  PLAINTIFF,     )
                                   )   CASE NO. CR 11-00963-2
10       VS.                       )
                                   )
11  JASON RAY PATTERSON,           )
                                   )    (2:51 P.M.)
12                  DEFENDANT.     )
    _____)
13

14

15                   READING OF RIGHTS,
                       BOND HEARING,
16                POST-INDICTMENT ARRAIGNMENT

17

18              LOS ANGELES, CALIFORNIA
                   OCTOBER 19, 2011
19

20

21  COURT DEPUTY:             ROXANNE HORAN

22  TRANSCRIBED BY:           HUNTINGTON COURT REPORTERS
                              AND TRANSCRIPTION INC.
23                            1450 W.COLORADO BOULEVARD
                              SUITE 100
24                            PASADENA, CA 91105
                              (626) 792-7250
25
```

```
 1       PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING.

 2    APPEARANCES:

 3

 4    FOR PLAINTIFF:

 5             UNITED STATES ATTORNEY
               BY:  SONIA ROSTIN, AUSA
 6             312 N. SPRING STREET, SUITE 1200
               LOS ANGELES, CA  90012
 7             (213) 894-2400

 8

 9    FOR DEFENDANT:

10             LAW OFFICES OF MARK J. WERKSMAN
               BY:  MARK M. HATHAWAY
11             888 WEST SIXTH STREET
               LOS ANGELES, CA  90017
12             (213) 688-0460

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1
 2        LOS ANGELES, CALIFORNIA, WEDNESDAY, OCTOBER 19, 2011
 3
 4             THE CLERK:  ALL RISE.  COURT IS NOW IN SESSION.
 5   THE HONORABLE VICTOR B. KENTON, UNITED STATES MAGISTRATE
 6   JUDGE PRESIDING.  PLEASE BE SEATED.
 7             THE COURT:  GOOD AFTERNOON.  THIS IS THE
 8   AFTERNOON CALENDAR.  DO WE HAVE INTERPRETERS PRESENT
 9   TODAY?  APPEARS NOT.  ALL RIGHT.  WE'LL WAIT MOMENTARILY.
10             ALL RIGHT.  BEFORE WE CALL CASES, I'M GOING TO
11   READ THE RIGHTS, SO PLEASE LISTEN CAREFULLY, ALL
12   DEFENDANTS WHO ARE HERE.
13             YOU'RE HERE BECAUSE YOU ARE CHARGED WITH A
14   CRIMINAL OFFENSE AGAINST THE UNITED STATES OR A SUPERVISED
15   RELEASE VIOLATION.  YOU HAVE RECEIVED OR YOU WILL RECEIVE
16   A COPY OF THE CHARGING DOCUMENT.  YOU HAVE THE FOLLOWING
17   CONSTITUTIONAL AND STATUTORY RIGHTS:
18             YOU HAVE THE RIGHT TO RETAIN AND BE REPRESENTED
19   BY AN ATTORNEY OF YOUR CHOOSING AT EACH AND EVERY STAGE OF
20   THE PROCEEDINGS.  IF YOU CANNOT AFFORD AN ATTORNEY, YOU
21   HAVE THE RIGHT TO REQUEST THAT THE COURT APPOINT AN
22   ATTORNEY TO REPRESENT YOU.  THE APPOINTED ATTORNEY WILL BE
23   PAID BY THE GOVERNMENT AT NO COST TO YOU.  YOU MUST,
24   HOWEVER, SUBMIT A FINANCIAL AFFIDAVIT TO THE COURT BEFORE
25   COUNSEL WILL BE APPOINTED.  IN SOME CASES, BASED ON THE
```

1   FINANCIAL AFFIDAVIT, THE COURT MAY ORDER SOME CONTRIBUTION
2   FOR YOUR FEES.  IF YOU MAKE ANY FALSE OR MISLEADING
3   STATEMENTS IN THE AFFIDAVIT OR YOU WILLFULLY OMIT
4   PERTINENT INFORMATION, YOU WILL BE SUBJECT TO FURTHER
5   PROSECUTION FOR VIOLATION OF FEDERAL LAW.
6            YOU HAVE A RIGHT TO REMAIN SILENT.  ANYTHING YOU
7   SAY, SIGN, OR WRITE, WHICH TENDS TO INCRIMINATE YOU, MAY
8   BE INTRODUCED AGAINST YOU IN THIS OR ANY OTHER COURT
9   PROCEEDING.
10           YOU HAVE A RIGHT TO HAVE BAIL DETERMINED IN
11  ACCORDANCE WITH THE PROVISIONS IN THE BAIL REFORM ACT.  IF
12  THE GOVERNMENT SEEKS YOUR DETENTION, YOU HAVE THE RIGHT TO
13  HAVE A HEARING ON THE FIRST DATE OF YOUR APPEARANCE OR
14  WITHIN THREE TO FIVE COURT DAYS OF YOUR APPEARANCE IF A
15  CONTINUANCE IS REQUESTED BY EITHER DEFENSE OR PROSECUTION
16  AND GRANTED BY THE COURT.
17           IF YOU ARE DETAINED, YOU HAVE A RIGHT, UPON YOUR
18  COUNSEL'S WRITTEN APPLICATION, TO HAVE THE DETENTION ORDER
19  REVIEWED BY AN ASSIGNED DISTRICT COURT JUDGE.  YOU MAY BE
20  PRESENT AT ANY HEARING WHERE FURTHER ARGUMENT WOULD BE
21  HEARD REGARDING DETENTION.
22           IF YOU ARE HERE TODAY BASED ON A COMPLAINT AND
23  AFFIDAVIT, YOU HAVE A RIGHT TO A PRELIMINARY HEARING OR TO
24  HAVE THE CASE PRESENTED TO THE GRAND JURY WITHIN 14 DAYS
25  OF THIS DATE IF YOU ARE REMAINING IN CUSTODY; 21 DAYS IF

1  YOU ARE RELEASED ON BOND.

2          A PRELIMINARY HEARING IS A PROCEEDING WHERE THE
3  GOVERNMENT PRESENTS ITS EVIDENCE AND A DECISION IS THEN
4  REACHED BY THE COURT AS TO WHETHER THERE IS PROBABLE CAUSE
5  OR REASONABLE CAUSE TO BELIEVE THE OFFENSE CHARGED HAS
6  BEEN COMMITTED AND THAT YOU HAVE COMMITTED IT.  IF
7  PROBABLE CAUSE IS NOT FOUND, THE MATTER WILL BE DISMISSED.
8  IF IT IS FOUND, YOU'LL BE REQUIRED TO LATER ENTER A PLEA
9  TO THE CHARGES.

10         IF YOU ARE HERE ON A CENTRAL DISTRICT
11 INDICTMENT, YOU'RE ENTITLED TO A SPEEDY AND PUBLIC TRIAL
12 BY A JURY OR BY A JUDGE ALONE, IF JURY IS WAIVED. YOU ARE
13 ENTITLED TO BE PRESENT AT THIS ARRAIGNMENT AND ALL THE
14 PROCEEDINGS WHICH FOLLOW, INCLUDING WITHOUT LIMITATION THE
15 TIME OF THE PLEA, EVERY STAGE OF THE TRIAL, INCLUDING
16 IMPANELING OF THE JURY AND THE RETURN OF THE VERDICT, AND
17 AT THE IMPOSITION OF ANY SENTENCE.

18         YOU ARE ENTITLED TO SEE AND HEAR THE EVIDENCE
19 AND WITNESSES AGAINST YOU AND TO CROSS-EXAMINE THOSE
20 WITNESSES.  YOU ARE ENTITLED TO SUBPOENA WITNESSES AND
21 COMPEL PRODUCTION OF EVIDENCE ON YOUR OWN BEHALF.

22         IT IS NOT NECESSARY FOR YOU TO PROVE YOUR
23 INNOCENCE.  IT IS THE BURDEN OF THE GOVERNMENT TO PROVE
24 YOUR GUILT BEYOND A REASONABLE DOUBT.

25         FOR YOUR PLEA AND FURTHER PROCEEDINGS, YOUR CASE

```
 1  HAS BEEN RANDOMLY TRANSFERRED TO A DISTRICT JUDGE.  THE
 2  NAME OF THAT JUDGE WILL BE ANNOUNCED AFTER THE
 3  ARRAIGNMENT.  ALL MOTIONS OTHER THAN A GOVERNMENT REQUEST
 4  FOR DETENTION ARE RESERVED AND MUST BE MADE BEFORE THE
 5  DISTRICT JUDGE TO WHOM THE CASE IS TRANSFERRED.  WHERE A
 6  PARTICULAR CASE INVOLVES MORE THAN ONE DEFENDANT, ALL
 7  DEFENDANTS ARE REQUIRED TO APPEAR BEFORE THE JUDGE TO WHOM
 8  THAT CASE IS TRANSFERRED.  IF THE JUDGE HAS REQUESTED THAT
 9  I RECEIVE A NOT GUILTY PLEA, WE WILL ASK YOU TO ENTER THAT
10  PLEA, AND A TRIAL DATE WILL BE SET.
11          THE CLERK HAS DESIGNATED FEDERAL PUBLIC
12  DEFENDERS AND MEMBERS OF THE INDIGENT PANEL TO REPRESENT
13  CERTAIN DEFENDANTS.
14          IF PRIVATE COUNSEL IS APPEARING FOR ANY
15  DEFENDANT FOR WHOM A DEPUTY FEDERAL PUBLIC DEFENDER OR
16  PANEL ATTORNEY WAS PREVIOUSLY DESIGNATED, PRIVATE COUNSEL
17  SHOULD MAKE HIS OR HER PRESENCE KNOWN AND FILE A NOTICE OF
18  APPEARANCE.  THE COURT-DESIGNATED ATTORNEY WILL THEN BE
19  RELIEVED.
20          WHEN I TRANSFER A CASE TO A DISTRICT JUDGE OF
21  THIS COURT AND ANNOUNCE THE TIME FOR APPEARANCE, ALL
22  DEFENDANTS AND COUNSEL OF RECORD ARE ORDERED TO APPEAR
23  BEFORE THAT JUDGE ON THE DATE AND TIME SPECIFIED.  IF
24  COUNSEL HAVE APPEARANCES AT THE SAME DAY AND TIME IN MORE
25  THAN ONE COURT, COUNSEL ARE DIRECTED TO APPEAR FIRST IN
```

```
 1   THE COURT OF THE JUDGE WHO HAS MORE SENIOR STATUS.
 2              (BRIEF PAUSE IN THE PROCEEDINGS)
 3          THE CLERK:  CALLING CASE NUMBER CR 11 963-2,
 4   UNITED STATES OF AMERICA VERSUS JASON RAY PATTERSON.
 5   COUNSEL, STATE YOUR APPEARANCES FOR THE RECORD.
 6          MS. ROSTIN:  SONIA ROSTIN, YOUR HONOR, FOR THE
 7   UNITED STATES.
 8          THE COURT:  THANK YOU.
 9          MR. HATHAWAY:  GOOD AFTERNOON, YOUR HONOR.  MARK
10   HATHAWAY FOR JASON PATTERSON.
11          THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.
12          SIR, GOOD AFTERNOON.  ARE YOU JASON RAY
13   PATTERSON?
14          MR. PATTERSON:  YES, SIR.
15          THE COURT:  SIR, HAVE YOU READ THE INDICTMENT ON
16   FILE IN THIS CASE, WHICH CHARGES YOU AMONG OTHER PEOPLE
17   WITH FEDERAL CRIMINAL OFFENSES?
18          MR. PATTERSON:  YES, SIR.
19          THE COURT:  DO YOU UNDERSTAND WHAT'S CHARGED
20   AGAINST YOU?
21          MR. PATTERSON:  YES, SIR.
22          THE COURT:  ALL RIGHT.  WITH REGARD TO BOND, IS
23   THERE AN AGREEMENT IN THIS CASE?
24          MR. HATHAWAY:  THERE'S NO AGREEMENT.  DEFENDANT
25   WOULD REQUEST $50,000 AFFIDAVIT OF SURETY WITHOUT
```

1  JUSTIFICATION.
2          THE COURT:  LET ME ASK, FIRST, FOR THE
3  GOVERNMENT'S POSITION.
4          MR. HATHAWAY:  THANK YOU.
5          MS. ROSTIN:  YOUR HONOR, WE ASK EITHER FOR A
6  $50,000 BOND WITH SOME SECURITY PARTIALLY SECURED; $25,000
7  SECURED, EITHER BY SIGNATURE OR BY PROPERTY; OR THE
8  PRETRIAL SERVICES RECOMMENDATION OF $100,000 UNSECURED.
9          THE COURT:  IS MIKE MURPHY HERE?
10         MR. HATHAWAY:  YES, HE IS.  HE'S PRESENT IN
11 COURT, YOUR HONOR.
12         THE COURT:  ALL RIGHT.  IS HE CAPABLE OF SIGNING
13 A -- FINANCIALLY CAPABLE OF SIGNING A $100,000 UNSECURED
14 BOND?
15         MR. HATHAWAY:  YES, HE IS, YOUR HONOR.
16         THE COURT:  OKAY.  HE'S WILLING TO DO THAT?
17 HE'S NODDING HIS HEAD "YES."
18         MR. HATHAWAY:  YES, HE IS.
19         THE COURT:  OKAY.  IS THE MATTER SUBMITTED?
20         MR. HATHAWAY:  MATTER SUBMITTED.
21         THE COURT:  ALL RIGHT.  BOND IS SET AS $100,000
22 APPEARANCE BOND WITH AFFIDAVIT OF SURETY WITHOUT
23 JUSTIFICATION, SIGNED BY MIKE -- IS IT MIKE OR MICHAEL?
24         UNIDENTIFIED VOICE:  MICHAEL.
25         THE COURT:  ALL RIGHT.  MICHAEL MURPHY.

1   PRETRIAL SUPERVISION ORDERED.  PASSPORT, COUNSEL?
2               MR. HATHAWAY:  I HAVE HIS PASSPORT, YOUR HONOR.
3   I'LL SURRENDER IT TODAY.  IF NOT, THEN MAYBE I COULD HAVE
4   UNTIL TOMORROW.
5               THE COURT:  IF YOU HAVE IT?
6               MR. HATHAWAY:  I HAVE IT, IF THEY'LL TAKE IT
7   HERE.
8               THE COURT:  SURE, THEY'LL TAKE IT.  AND THEN
9   THEY HAVE TO ISSUE A DOCUMENT BEFORE I CAN SIGN A RELEASE
10  ORDER, SO THE SOONER YOU GET IT TO THEM, THE BETTER.
11              MR. HATHAWAY:  THANK YOU.
12              THE COURT:  ALL PASSPORTS TO BE SURRENDERED OR
13  SIGN A DECLARATION AND DO NOT APPLY FOR THE ISSUANCE OF A
14  PASSPORT DURING THE PENDENCY OF THIS CASE.
15              TRAVEL IS RESTRICTED TO THE CENTRAL DISTRICT OF
16  CALIFORNIA.  DO NOT ENTER THE PREMISES OF ANY AIRPORT,
17  SEAPORT, RAILROAD, OR BUS TERMINAL, WHICH PERMITS EXIT
18  FROM THE CONTINENTAL UNITED STATES OR THE AREA OF
19  RESTRICTED TRAVEL WITHOUT COURT PERMISSION.
20              RESIDE AS APPROVED BY PRETRIAL SERVICES.  DO NOT
21  RELOCATE WITHOUT PRIOR PERMISSION FROM PRETRIAL SERVICES.
22              MAINTAIN OR ACTIVELY SEEK EMPLOYMENT AND PROVIDE
23  PROOF TO PRETRIAL.  YOUR EMPLOYMENT SHOULD BE AND MUST BE
24  APPROVED BY PRETRIAL SERVICES, THAT IS, THE TYPE OF
25  EMPLOYMENT (INAUDIBLE).

```
 1              AVOID ALL CONTACT DIRECTLY OR INDIRECTLY WITH
 2   ANY CO-DEFENDANTS IN THIS CASE OR ANY NAMED VICTIMS OR
 3   NAMED POTENTIAL WITNESSES -- THAT IS, NAMED IN THE
 4   INDICTMENT -- EXCEPT IN THE PRESENCE OR YOUR ATTORNEY OR
 5   REPRESENTATIVES, SUCH AS INVESTIGATORS OF YOUR ATTORNEY.
 6   ALL RIGHT?
 7              ANYTHING ELSE WITH REGARD TO THE BOND
 8   CONDITIONS?
 9              MS. ROSTIN:  NO, YOUR HONOR.
10              MR. HATHAWAY:  NO, YOUR HONOR.  THANK YOU.
11              THE COURT:  WHEN THE -- WE GET ALL THE
12   DOCUMENTATION, THERE WILL BE A FORTHWITH RELEASE.
13              ALL RIGHT.  LET'S DO THE POST-INDICTMENT
14   ARRAIGNMENT.
15              THE CLERK:  MR. PATTERSON, DID YOU HEAR AND
16   UNDERSTAND THE STATEMENTS OF THIS COURT PERTAINING TO YOUR
17   RIGHTS?
18              MR. PATTERSON:  YES, MA'AM.
19              THE CLERK:  DID YOU SEE AND SIGN A STATEMENT OF
20   YOUR RIGHTS?
21              MR. PATTERSON:  YES, MA'AM.
22              THE CLERK:  DID YOU RECEIVE A COPY OF THE
23   INDICTMENT?
24              MR. PATTERSON:  YES, MA'AM.
25              THE CLERK:  DO YOU UNDERSTAND THE SUBSTANCE OF
```

```
 1  THE CHARGES PENDING AGAINST YOU?
 2           MR. PATTERSON:  YES, MA'AM.
 3           THE CLERK:  THIS CASE HAS BEEN RANDOMLY ASSIGNED
 4  TO JUDGE PHILIP GUTIERREZ.
 5           COUNSEL, HOW DOES YOUR CLIENT INTEND TO PLEAD?
 6           MR. HATHAWAY:  NOT GUILTY.
 7           THE CLERK:  HOW DO YOU PLEAD TO THE CHARGES
 8  CONTAINED IN THE INDICTMENT?
 9           MR. PATTERSON:  NOT GUILTY.
10           THE CLERK:  THE CLERK WILL ISSUE THE DISCOVERY
11  ORDER.  THE STATUS CONFERENCE IS SET FOR NOVEMBER 28,
12  2011, AT 10:00 A.M.  THE JURY TRIAL IS SET FOR DECEMBER
13  13, 2011, AT 9:00 A.M.
14           JUDGE GUTIERREZ IS LOCATED IN COURTROOM 880, IN
15  THE ROYBAL COURTHOUSE, HERE.
16           MR. HATHAWAY:  THANK YOU.
17           MR. PATTERSON:  THANK YOU.
18           THE COURT:  ALL RIGHT.  THANK YOU.
19                          --O0O--
20
21               (END OF RECORDED PROCEEDING.)
22
23
24
25
```

```
 1
 2                         CERTIFICATE
 3
 4         I CERTIFY THAT THE FOREGOING IS A CORRECT
 5   TRANSCRIPT FROM THE ELECTRONIC SOUND RECORDING OF THE
 6   PROCEEDINGS IN THE ABOVE ENTITLED MATTER.
 7
 8
 9   /S/ SHAUNE STEELE_____              11/14/11___
     SHAUNE STEELE, CET**D-429              DATE
10   TRANSCRIBER
11
12
```