```
 1  MESEREAU & YU, LLP
    Thomas A. Mesereau, Jr. (SBN 91182)
 2  Susan C. Yu (SBN 195640)
    10390 Santa Monica Blvd., Suite 220
 3  Los Angeles, CA, 90025
    Telephone: (310) 789-1177
 4  Facsimile: (310) 861-1007
    Email:  mesereau@mesereauyu.com
 5  Email:  yu@mesereauyu.com

 6  Attorneys for Defendant
    Jason Ray Patterson
 7

 8                    UNITED STATES DISTRICT COURT

 9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         ) Case No.  CR 11-000963 PSG-2
                                      )
12            Plaintiff,              )
                                      ) **RESPONSE BY JASON PATTERSON TO**
13       v.                           ) **THE PROSECUTION'S 902 MOTION TO**
                                      ) **ADMIT BUSINESS RECORDS; NOTICE**
14  ALLEN DANA,                       ) **OF BRADY MATERIALS; NOTICE OF**
    JASON RAY PATTERSON,              ) **UNAVAILABLITY**
15  RONALD GEORGE TOMICH,             )
       aka "Ronko Tomich,"            ) **HEARING:**
16  ISAAC SOUSSANA,                   )
       aka "Jack Soussana,"           ) **DATE:**    December 15, 2014
17  ISRAEL SOUSSANA,                  ) **TIME:**    11:00 a.m.
       aka "Izzy Soussana,"           ) **PLACE:**   Court Room # 880
18  PATRICIA SNUGGS,                  )             Roybal Federal Building
    QUYEN T. KIET, and                )             255 E. Temple Street
19  JONATHAN FLORES GALLARDO,         )             Los Angeles, CA 90012
                                      )
20            Defendants.             )
                                      )
21  _____    )

22

23       Defendant Jason Patterson ("Mr. Patterson"), by and through his

24  counsel, respectfully submits this Response to the Prosecution's

25  F.R.E. 902 Motion to admit business records (CR 444) (the "Motion").

26

27

28
```

**I.**

**RESPONSE**

At the December 1, 2014 hearing, the Court ordered the parties to meet and confer on the Prosecution's 902 motion to admit certain business records.

**Meet and Confer**

On December 3, 2014, the parties met and conferred. The Prosecution advised that the 902 motion was strictly to avoid having to bring in 50 or so custodians or records to authenticate various "business records." The undersigned counsel replied that Mr. Patterson had no problem with such a motion <u>so long as</u>: (1) the business records mentioned in the 902 motion were not different than the ones the Prosecutors will bring at trial; (2) the business records do not violate FRE 403; (3) the business records are <u>not testimonial</u>, so that Mr. Patterson's Confrontational rights are not violated.

Consistent with this meet and confer, and without waiving his 403 and Confrontation Clause objections, as well all other rights and privileges under the United States Constitution, Mr. Patterson does not object to the 902 motion which purely seeks to avoid bringing in 50 or so custodians of records.

**Brady Materials**

<u>Moreover</u>, during the meet and confer, the undersigned counsel, Susan Yu, reminded the Prosecution to turn over all <u>Brady materials</u> that were addressed at the December 1, 2014 hearing. The Prosecution had represented or suggested at the hearing that the Brady materials they recently turned over to the defense (i.e., before the undersigned starts her trial in another matter) fully

1  complied with their obligations.  The undersigned counsel does not
2  know if that is true.   Thus, on December 3, 2014, the undersigned
3  reminded the Prosecution to turn over all Brady materials or to
4  confirm in writing that all Brady materials have been turned over.
5      On December 4, 2014, the Prosecution advised the undersigned
6  counsel via Email that they will provide Mr. Patterson with their
7  position on this soon.  As of today, December 7, 2014 (Sunday), the
8  undersigned received no response.
9      Hence, to avoid any further trial delays, Mr. Patterson renews
10 his request that the Prosecution turn over all Brady materials to
11 the defense forthwith.
12 **Notice of Unavailability**
13     Finally, the undersigned counsel represents that she will be
14 engaged in a 3-week trial, starting tomorrow, December 8, 2014.
15 Hence, the undersigned counsel requests that the December 15, 2014
16 hearing on the 902 motion (if necessary) be moved to mid-January
17 2015.
18     The undersigned counsel further requests that if the
19 Prosecution files any motion while she is engaged in trial, the
20 Prosecution sets a hearing date in mid-January 2015 when the
21 undersigned counsel will be available.
22                          Respectfully submitted,
23                          MESEREAU & YU, LLP
24
25 Dated: December 7, 2014  By:   ___/S/__Susan C. Yu_____
                                  SUSAN C. YU
26                                Attorneys for Defendant
                                  Jason Ray Patterson
27
28