```
 1  STEPHANIE YONEKURA
    Acting United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN M. ARKOW(SBN 143755)
 4  BYRON J. MCLAIN (SBN 257191)
    MARK AVEIS (SBN 107881)
 5  Assistant United States Attorneys
    Major Frauds Section
 6       1100 United States Courthouse
         312 North Spring Street
 7       Los Angeles, California 90012
         Telephone: (213) 894-0637
 8       Facsimile: (213) 894-6269
         E-mail:    steven.arkow@usdoj.gov
 9                  byron.mclain@usdoj.gov
                    mark.aveis@usdoj.gov
10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 11-963(A)-PSG |
|---|---|
| Plaintiff, | GOVERNMENT'S REQUEST FOR DISMISSAL AND EXONERATION OF BOND/BOND CONDITIONS |
| v. | [No hearing set] |
| JASON RAY PATTERSON, | |
| Defendant. | |

Pursuant to Fed.R.Crim.P. 48(a), the government hereby requests that count seven of the first superseding indictment in this case be dismissed with prejudice as to defendant Jason Ray Patterson, only, and that the underlying indictment be dismissed with prejudice as to defendant Jason Ray Patterson, only.

The government hereby further requests that any bond and bond conditions for defendant Jason Ray Patterson be exonerated.

///

///

Dated: March 5, 2015                    Respectfully submitted,

                                        STEPHANIE YONEKURA
                                        Acting United States Attorney

                                        ROBERT E. DUGDALE
                                        Assistant United States Attorney
                                        Chief, Criminal Division


                                              /s/
                                        STEVEN M. ARKOW
                                        BYRON J. MCLAIN
                                        MARK AVEIS
                                        Assistant United States Attorneys

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

     Defendant Jason Ray Patterson hereby consents to the dismissal of count seven of the first superseding indictment and the underlying indictment in this case, with prejudice.

Dated: March 5, 2015

                                              /s/
                                        THOMAS A. MESEREAU, JR.
                                        SUSAN YU
                                        Attorneys for Defendant
                                        JASON RAY PATTERSON